IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:06CR14 |
| | ) | (Financial Litigation Unit) |
| CARMELLA SUCCESS HARDING | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MARRIOTT HOTEL, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Carmella Success Harding is DISMISSED.

Dennis L. Howell
United States Magistrate Judge